UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-cv-20931-UU

CARLOS GUARISMA,

        Plaintiff,

v.

HYATT EQUITIES, LLC, a Delaware
Limited Liability Company,

        Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

As provided for in Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Carlos Guarisma, and Defendant, Hyatt Equities, LLC, hereby stipulate and agree that this action is hereby dismissed with prejudice.

| | |
|---|---|
| */s/ Scott D. Owens* | */s/ Dori K. Stibolt* |
| Scott D. Owens, Esq. | Dori K. Stibolt, Esq. |
| Scott D. Owens, P.A. | Fox Rothschild LLP |
| 3800 S. Ocean Drive, Ste 235 | 222 Lakeview Avenue, Suite 700 |
| Hollywood, FL 33019 | West Palm Beach, FL 33401 |
| (954)-589-0588 | (561) 835-9600 |
| Scott@scottdowens.com | dstibolt@foxrothschild.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Carlos Guarisma* | *Hyatt Equities, LLC* |
| Dated: November 10, 2017 | Dated: November 10, 2017 |

BY THE COURT:

_____
URSULA M. UNGARO, U.S.D.J.

Dated: October ___, 2017

ACTIVE\51440677.v1-10/16/17

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 10, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties below, if any, who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Scott D. Owens*
Scott D. Owens, Esq.

**Error! Unknown document property name.**  2

ACTIVE\51440677.v1-10/16/17