UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:17-cv-20931-UU

CARLOS GUARISMA,

    Plaintiff,

v.

HYATT CORP.,

    Defendant.

_____/

## ADMINISTRATIVE ORDER

THIS CAUSE is before the Court *sua sponte*.

THE COURT has reviewed the record and is otherwise fully advised in the premises. On November 10, 2017, the parties filed a Stipulation of Dismissal with Prejudice, D.E. 54. Accordingly, it is hereby

ORDERED AND ADJUDGED that, for Administrative Purposes, this case is CLOSED. It is further

ORDERED AND ADJUDGED that all future hearings are CANCELLED.

DONE AND ORDERED in Chambers at Miami, Florida, this 13th day of November, 2017.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record